FILED

ORIGINAL 06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0226

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0226

FILED

JUN 0 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DAVID RAFES and BAIRSTOW, LTD.,

Plaintiff and Appellant,

v.

JOSH McMILLAN and RICK L. DAWSON,

Defendants and Appellees.

**ORDER**

---

Through counsel, Appellee Josh McMillan (McMillan) moves this Court for dismissal of this appeal because it is premature. McMillan provides that he contacted self-represented Appellant David Rafes (Rafes) via email and that Rafes objects to this motion. Rafes has not filed a written response.

McMillan explains that the Sixth Judicial District Court, Sweet Grass County, has not rendered a judgment on costs and attorney fees. M. R. App. P. 4(1)(a). He points out that Rafes appeals the District Court's April 3, 2020 Findings of Fact, Conclusions of Law and Order, which is not a final judgment here. McMillan states that in this Order the District Court awarded attorney fees and costs to McMillan. He puts forth that Rafes filed a Notice of Appeal with this Court after counsel for McMillan filed an accounting and prior to the District Court's final determination of the awarded costs and reasonable attorney fees. M. R. App. P. 6(1); *Marez v. Marshall*, 2014 MT 333, ¶¶ 38-40, 377 Mont. 304, 340 P.3d 520. McMillan requests this Court dismiss the appeal and remand the matter for further determination of these pending fees and costs.

Upon review of the instant motion and the judgment on appeal, we conclude that this appeal is improperly before this Court and that dismissal is appropriate. M. R. App. P. 6(1). As McMillan acknowledges, Rafes may seek an appeal of the final judgment with the imposition of attorney fees and costs as determined by the District Court. Therefore,

IT IS ORDERED that the Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED without prejudice. Rafes may seek an appeal with this Court after the Sweet Grass County District Court enters its final judgment. The Clerk of the Supreme Court is directed to close this case as of the date of this Order and to return the record to the Sweet Grass County District Court.

The Clerk also is directed to provide a copy of this Order to counsel of record, to Rick L. Dawson, and to David Rafes.

DATED this 2nd day of June, 2020.

_____

_____

_____

_____

_____
Justices